# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

JS-6

| | |
|---|---|
| PAUL BARAY, JR., | ) Docket No. CV11-3944 CAS (MANx) |
| Plaintiff, | ) Assigned the |
| vs. | ) Hon. Christina A. Snyder |
| | ) Ctrm 5 |
| ALLSTATE INSURANCE COMPANY; and DOES 1 through 10, Inclusive, | ) **ORDER DISMISSING ACTION WITH PREJUDICE** |
| Defendants. | ) Complaint filed April 12, 2011 |

/ / /

/ / /

*MacGregor & Berthel*

1  Based upon the Stipulation to Dismiss Action with Prejudice, executed by the
2  parties filed concurrently herewith, and incorporated herein by this reference,
3  **IT IS HEREBY ORDERED** that:
4  1. The within action is hereby dismissed, with prejudice.

6  DATED: September 30, 2011

*[signature: Christina A. Snyder]*

**The Honorable Christina A. Snyder
United States District Court
Central District of California**