# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

JS-6

| | |
|---|---|
| PAUL BARAY, JR., | ) Docket No. CV11-3944 CAS (MANx) |
| Plaintiff, | ) Assigned the |
| vs. | ) Hon. Christina A. Snyder<br>) Ctrm 5 |
| ALLSTATE INSURANCE COMPANY; and DOES 1 through 10, Inclusive, | ) **ORDER DISMISSING ACTION WITH PREJUDICE** |
| Defendants. | ) Complaint filed April 12, 2011 |
| _____ | ) |

/ / /

/ / /

*MACGREGOR & BERTHEL*

1    Based upon the Stipulation to Dismiss Action with Prejudice, executed by the
2    parties filed concurrently herewith, and incorporated herein by this reference,
3    **IT IS HEREBY ORDERED** that:
4    1.    The within action is hereby dismissed, with prejudice.

6    DATED: September 30, 2011

*[signature: Christina A. Snyder]*

   **The Honorable Christina A. Snyder**
   **United States District Court**
   **Central District of California**